# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Philip Bowen, et al.

**Plaintiff(s),**

v.   (CIVIL)(CRIMINAL) NO: __2:07cv64__

Thomas Duncan, et al.

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of __Thomas E. Albro, Esxq.__, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *September 17, 2007*

_____
United States District Judge