IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PHILIP BOWEN, SHERRY BOWEN**
**and JANE DOE,**

       **Plaintiffs,**

**v.**                         //    **CIVIL ACTION NO. 2:07CV64**
                                         (Judge Keeley)

**THOMAS DUNCAN, APPALACHIAN**
**BIBLE COLLEGE, INC., ALPINE**
**MINISTRIES, ALPINE MINISTRIES,**
**ALPINE BIBLE CAMP, and DANIEL**
**L. ANDERSON,**

       **Defendants.**

## NOTICE RESETTING THE SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously scheduled for January 4, 2008 at 11:00 a.m. is rescheduled for **January 11, 2008 at 4:00 p.m**. The Court directs lead counsel for the plaintiff to initiate the conference call and to contact the Court at (304 624-5850).

It is **SO ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 3, 2008

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE