IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PHILIP BOWEN, SHERRY BOWEN
and JANE DOE,

      Plaintiffs,

v.                     //    CIVIL ACTION NO. 2:07CV64
                                  (Judge Keeley)

THOMAS DUNCAN, APPALACHIAN
BIBLE COLLEGE, INC., ALPINE
MINISTRIES, ALPINE MINISTRIES,
ALPINE BIBLE CAMP, and DANIEL
L. ANDERSON,

      Defendants.

### NOTICE RESETTING THE SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously scheduled for **January 11, 2008 at 4:00 p.m.** is rescheduled for **January 15, 2008 at 4:00 p.m.** The Court directs lead counsel for the plaintiff to initiate the conference call and to contact the Court at (304 624-5850).

It is **SO ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 11, 2008

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE