```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**PHILIP BOWEN, SHERRY BOWEN**
**and JANE DOE,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　**//**　　**CIVIL ACTION NO. 2:07CV64**
　　　　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**THOMAS DUNCAN, APPALACHIAN**
**BIBLE COLLEGE, INC., ALPINE**
**MINISTRIES, ALPINE MINISTRIES,**
**ALPINE BIBLE CAMP, and DANIEL**
**L. ANDERSON,**

    **Defendants.**

## ORDER APPOINTING GUARDIAN AD LITEM

On **November 26, 2007**, the parties, excluding Defendant Thomas Duncan, moved this Court for service of process upon Defendant Thomas Duncan by means of a guardian <u>ad litem</u>. For the reasons stated on the record at the scheduling conference of January 15, 2008, the Court **GRANTS** the motion and **APPOINTS** K. Bruce Lazenby, Esquire of Beckley, West Virginia as guardian <u>ad litem</u> for Defendant Thomas Duncan for the limited purpose of service of process only. As agreed by the parties present at the scheduling conference, the plaintiffs shall pay the cost of the guardian <u>ad litem</u>.

It is so **ORDERED**.

**Bowen, et al v Duncan, et al**                                    2:07CV64

**ORDER APPOINTING GUARDIAN AD LITEM**

The Clerk is directed to transmit copies of this Scheduling Order to counsel of record and the guardian ad litem.

DATED: January 22, 2008.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE